Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
(732) 741-3900
Attorneys for Creditor, Velox International
Shipping, Inc.

|  |  |
|---|---|
| In re:<br><br>NATALIYA PIDGORODETSKA,<br><br>               Debtor. | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY,<br>TRENTON VICINAGE**<br><br>Chapter 7<br><br>Case No.   13-15740 (MBK)<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J.<br><br>Hearing: February 24, 2014, 10:00 a.m. |

### NOTICE OF MOTION TO COMPEL DEBTOR TO RESPOND TO RULE 2004 SUBPOENA AND TO REQUIRE DEBTOR TO DOMESTICATE ENGAGEMENT RING

TO:    **Alla Kachan, Esq.**
          Law Offices of Alla Kachan PC
          3009 Ocean Parkway
          Brooklyn, NY 11235
          (Counsel for the Debtor)

          **Andrea Dobin**
          Trenk DiPasquale Della Fera Sodono
          427 Riverview Plaza
          Trenton, NJ 08611
          (Chapter 7 Trustee)

**SIR/MADAM:**

Please take notice that on February 24, 2014 at 10:00 a.m., or as soon as counsel may be

heard, the undersigned attorneys for Velox International Shipping, Inc. ("Movant"), creditor in

the above-captioned matter, will move before the Hon. Michael B. Kaplan, U.S.B.J. at the United

States Bankruptcy Court, District of New Jersey, Trenton Vicinage, 402 East State Street, Trenton, NJ 08608, Courtroom 8, to enter the attached Order Compelling Response To Rule 2004 Subpoena, and

**TAKE FURTHER NOTICE** that the Movant shall rely upon the annexed Certification of Donald F. Campbell, Jr. and letter brief in support of motion, and

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought, you or your attorney must respond to these papers in writing and attend the hearing scheduled on February 24, 2014 at 10:00 a.m.

**TAKE FURTHER NOTICE** that the within Motion shall be deemed uncontested unless responsive papers are filed in accordance with R. 9013-1 of Local Rules of Bankruptcy Practice.

GIORDANO HALLERAN & CIESLA, P.C.
Attorneys for Velox International Shipping, Inc.

DATED:  January 27, 2014          By:  _/s/    Donald F. Campbell, Jr._
                                          DONALD F. CAMPBELL, JR.

Docs #1505237-v1

2