**<u>EXHIBIT B</u>**

# APPRAISAL REPORT

## OF



226 Nebula Road
Piscataway, NJ 08854-5451

# PREPARED FOR

Donald F. Campbell
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701

# AS OF

October 11, 2013

# PREPARED BY

Joseph Fisher IFA
28   Lake Drive
North Brunswick, NJ 08902

**FannieMae**

Joseph Fisher IFA

**Desktop Underwriter Quantitative Analysis Appraisal Report**

File No.   pisc226neb
Case No.

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.

### SUBJECT

| | |
|---|---|
| Property Address | 226 Nebula Road   City Piscataway   State NJ   Zip Code 08854-5451 |
| Legal Description | Block 8801 Lot 427 C0226   County Middlesex |
| Assessor's Parcel No. | Tax Year 2013   R.E. Taxes $ 6,237.00   Special Assessments $ 0 |
| Borrower | Pidgorodetska   Current Owner Pidordetska, N. & G.   Occupant [X] Owner  [ ] Tenant  [ ] Vacant |
| Neighborhood or Project Name | Starpointe   Project Type [ ] PUD  [ ] Condominium   HOA$ 280 /Mo. |
| Sales Price $ | Date of Sale   Description /$ amount of loan charges/concessions to be paid by seller   0 |
| Property rights appraised | [X] Fee Simple  [ ] Leasehold   Map Reference   Census Tract 0006.06 |

### NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| | | | | Single family housing | | Condominium housing | | |
|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property values | [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) | AGE (yrs) | PRICE $(000) (if applic.) | AGE (yrs) | |
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/supply | [ ] Shortage [X] In balance [ ] Over supply | Low | | Low | | |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow | Marketing time | [ ] Under 3 mos. [X] 3-6 mos. [ ] Over 6 mos. | Low 240 | | Low 17 | | |

Neighborhood boundaries   Subject property is located in the Starpointe sub-division, Piscataway, NJ.River Road section of Piscataway Twp. The function of the appraisal is to settle an estate. Subject has marble floors, granite counters and new kitchen and baths. Excellent condition.

High 340   High 25
Predominant   Predominant
300   20

### SITE

| | |
|---|---|
| Dimensions common | Site area   Shape |
| Specific zoning classification and description | R10A |
| Zoning compliance | [X] Legal  [ ] Legal nonconforming (Grandfathered use)  [ ] Illegal, attach description  [ ] No zoning |
| Highest and best use of subject property as improved (or as proposed per plans and specifications): | [X] Present use  [ ] Other use, attach description. |

| Utilities | Public | Other | | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | Asphalt | [X] | [ ] |
| Gas | [X] | | Sanitary sewer | [X] | | Alley | | | |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)?  [ ] Yes  [X] No   If Yes, attach description.

### IMPROVEMENTS

Source(s) used for physical characteristics of property:  [X] Interior and exterior inspection  [ ] Exterior inspection from street  [ ] Previous appraisal files
[X] MLS  [X] Assessment and tax records  [ ] Prior inspection  [ ] Property owner  [X] Other(Describe):

No. of Stories 2 Story   Type (Det./Att.) Attached   Exterior Walls vinyl/stone   Roof Surface asphalt shingle   Manufactured housing [ ] Yes [X] No

Does the property generally conform to the neighborhood in terms of style, condition, and construction materials?  [X] Yes  [ ] No   If No, attach description.

Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property?  [ ] Yes  [X] No   If Yes, attach description.

Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property?  [ ] Yes  [X] No   If Yes, attach description.

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.
My research revealed a total of  1  sales ranging in sales price from $ 319,900 to $ 319,900.
My research revealed a total of  13  listings ranging in list price from $ 235,000 to $ 342,000.
The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

### QUANTITATIVE SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | SALE # 1 | + (-) $ Adjustment | SALE # 2 | + (-) $ Adjustment | SALE # 3 | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 226 Nebula Road Piscataway, NJ 08854-5451 | 225 Nebula Road Piscataway | | 163 Nebula Road Piscataway | | 104 Orion Road Piscataway | |
| Proximity to Subject | | 0.00 miles | | 0.00 miles | | 0.00 miles | |
| Sales Price | $ | $ 303,500 | | $ 290,000 | | $ 305,000 | |
| Price/Gross Liv. Area | $ 0.00 | $ 214.94 | | $ 205.38 | | $ 216.01 | |
| Data & Verification Sources | | MLS/SR1A | | MLS/SR1A | | MLS/SR1A | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or financing Concessions | | conv | | conv | | conv | |
| Date of Sale/Time | | 7/8/13 | | 7/25/13 | | 9/20/12 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Site | common | common | | common | | common | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | townhouse | townhouse | | townhouse | | townhouse | |
| Actual Age (Yrs.) | 20 | 20 | | 21 | | 21 | |
| Condition | excellent | good+ | +10,000 | good+ | +10,000 | good | +25,000 |
| Above Grade Room Count | Total 6  Bdrms 3  Baths 2.50 | Total 6  Bdrms 3  Baths 2.50 | | Total 6  Bdrms 3  Baths 2.50 | | Total 6  Bdrms 3  Baths 2.50 | |
| Gross Living Area | 1,412 Sq. Ft. | 1,412 Sq. Ft. | | 1,412 Sq. Ft. | | 1,412 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Garage/Carport | 1 car Garage | 1 car Garage | | 1 car Garage | | 1 car Garage | |
| | patio | patio | | patio | | patio | |
| | fireplace | | +3,000 | fireplace | | fireplace | |
| Net Adj. (total) | | [X] + [ ] - $ 13,000 | | [X] + [ ] - $ 10,000 | | [X] + [ ] - $ 25,000 | |
| Adjusted Sales Price of Comparables | | Net=4% Gross=4% $ 316,500 | | Net=3% Gross=3% $ 300,000 | | Net=8% Gross=8% $ 330,000 | |
| Date of Prior Sale | 10/23/12 | none prior | | none prior | | none prior | |
| Price of Prior Sale | $ 300,000 | $ | | $ | | $ | |

Analysis of any current agreement of sale, option or listing of the subject property and analysis of the prior sales of subject and comparables:  Subject sold for $300,000 on 10/23/2012 recorded in Middlesex Coun ty deed book 6416 page 568.

Summary of sales comparison and value conclusion:  Comp 3 over 1 year old but it'sr style, size and proximity make it the best transaction available.

This appraisal is made [X] "as-is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or [ ] subject to the following repairs, alterations or conditions:

BASED ON AN [ ] EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 317,000, AS OF October 11, 2013

Joseph Fisher IFA

File No.   pisc226neb

## Desktop Underwriter Quantitative Analysis Appraisal Report

Case No.

**Project Information for PUDs** (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☒ No
Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit:
Total number of phases _____  Total number of units _____  Total number of units sold _____
Total number of units rented _____  Total number of units for sale _____  Data Source(s) _____
Was the project created by the conversion of existing buildings into a PUD?  ☐ Yes  ☐ No   If yes, date of conversion: _____
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data Source: _____
Are the common elements completed?  ☐ Yes  ☐ No   If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?  ☐ Yes  ☐ No   If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities:   pool _____

**Project Information for Condominiums** (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☒ No
Provide the following information for all Condominium Projects:
Total number of phases _____  Total number of units _____  Total number of units sold _____
Total number of units rented _____  Total number of units for sale _____  Data Source(s) _____
Was the project created by the conversion of existing buildings into a condominium?  ☐ Yes  ☐ No   If yes, date of conversion: _____
Project Type:  ☒ Primary Residence  ☐ Second Home or Recreational  ☒ Row or Townhouse  ☐ Garden  ☐ Midrise  ☐ Highrise  ☐ _____
Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed?  ☒ Yes  ☐ No   If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?  ☐ Yes  ☐ No   If yes, attach addendum describing rental terms and options.
Describe common elements and recreational facilities:   pool _____

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in a mortgage finance transaction.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby; (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvments and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's detemination of its size.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4. The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

Case 13-15740-MBK   Doc 23-3   Filed 01/27/14   Entered 01/27/14 12:45:34   Desc
Joseph Fisher IFA
Exhibit B to Certification   Page 5 of 10
**Desktop Underwriter Quantitative Analysis Appraisal Report**

File No.   pisc226neb
Case No.

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I performed this appraisal by (1) personally inspecting from the street the subject property and neighborhood and each of the comparable sales (unless I have otherwise indicated in this report that I also inspected the interior of the subject property); (2) collecting, confirming, and analyzing data from reliable public and/or private sources; and (3) reporting the results of my inspection and analysis in this summary appraisal report. I further certify that I have adequate information about the physical characteristics of the subject property and the comparable sales to develop this appraisal.

2. I have researched and analyzed the comparable sales and offerings/listings in the subject market area and have reported the comparable sales in this report that are the best available for the subject property. I further certify that adequate comparable market data exists in the general market area to develop a reliable sales comparison analysis for the subject property.

3. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware, have considered these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them, and have commented about the effect of the adverse conditions on the marketability of the subject property. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

4. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

5. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

6. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

7. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

8. I estimated the market value of the real property that is the subject of this report based on the sales comparison approach to value. I further certify that I considered the cost and income approaches to value, but, through mutual agreement with the client did not develop them, unless I have noted otherwise in the report.

9. I performed this appraisal as a limited appraisal, subject to the Departure Provision of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in the place as of the effective date of the appraisal (unless I have otherwise indicated in this report that the appraisal is a complete appraisal, in which case, the Departure Provision does not apply).

10. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The exposure time associated with the estimate of market value for the subject property is consistent with the marketing time noted in the Neighborhood section of this report. The marketing period concluded for the subject property at the estimated market value is also consistent with the marketing time noted in the Neighborhood section.

11. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. I futher certify that no one provided significant professional assistance to me in the development of this appraisal.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have examined the appraisal report for compliance with the Uniform Standards of Professional Appraisal Practice, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 5 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

| **APPRAISER:** | **SUPERVISORY APPRAISER (ONLY IF REQUIRED):** |
|---|---|
| Signature: _Joseph Fisher_ | Signature: _____ |
| Name:   Joseph Fisher IFA | Name:   _____ |
| Company Name:   Joseph Fisher IFA | Company Name:   _____ |
| Company Address:   28  Lake Drive | Company Address:   _____ |
| North Brunswick, NJ 08902 | |
| Date Report Signed:   10/11/2013 | Date Report Signed:   _____ |
| State Certification #:   Scgrea711 | State Certification #:   _____ |
| or State License #:   _____ | or State License #:   _____ |
| State:   NJ | State:   _____ |
| Expiration Date of Certification or License:   12/31/2013 | Expiration Date of Certification or License:   _____ |

**ADDRESS OF PROPERTY APPRAISED:**

226 Nebula Road
Piscataway, NJ 08854-5451

**APPRAISED VALUE OF SUBJECT PROPERTY $**   317,000
**EFFECTIVE DATE OF APPRAISAL/INSPECTION**   October 11, 2013

**LENDER/CLIENT:**
Name: Donald F. Campbell
Company Name:   Giordano, Halleran & Ciesla, P.C.
Company Address: 125 Half Mile Road, Suite 300
Red Bank, NJ 07701

**SUPERVISORY APPRAISER:**
SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
☐ Did inspect interior and exterior of subject property
COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street

Joseph Fisher IFA

**SUBJECT PHOTO ADDENDUM**

File No.    pisc226neb
Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Pidgorodetska | | | | | | |
| Property Address | 226 Nebula Road | | | | | | |
| City Piscataway | | County | Middlesex | State | NJ | Zip Code | 08854-5451 |
| Lender/Client | Giordano, Halleran & Ciesla, P.C. | | Address | 125 Half Mile Road, Suite 300, Red Bank, NJ 07701 | | | |



**FRONT OF
SUBJECT PROPERTY**
226 Nebula Road
Piscataway, NJ 08854-5451



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

Produced by ClickFORMS Software 800-622-8727    Page    4    of    7

Joseph Fisher IFA
COMPARABLES 1-2-3

File No. pisc226neb
Case No.

| Borrower | Pidgorodetska | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 226 Nebula Road | | | | | | |
| City Piscataway | | County | Middlesex | State | NJ | Zip Code | 08854-5451 |
| Lender/Client | Giordano, Halleran & Ciesla, P.C. | | Address | 125 Half Mile Road, Suite 300, Red Bank, NJ 07701 | | | |



**COMPARABLE SALE #** 1
225 Nebula Road
Piscataway



**COMPARABLE SALE #** 2
163 Nebula Road
Piscataway



**COMPARABLE SALE #** 3
104 Orion Road
Piscataway

Produced by ClickFORMS Software 800-622-8727

Page 5 of 7

**LOCATION MAP ADDENDUM**    Joseph Fisher IFA

File No.    pisc226neb
Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Pidgorodetska | | | | | | |
| Property Address | 226 Nebula Road | | | | | | |
| City  Piscataway | | County | Middlesex | State | NJ | Zip Code | 08854-5451 |
| Lender/Client   Giordano, Halleran & Ciesla, P.C. | | | Address    125 Half Mile Road, Suite 300, Red Bank, NJ 07701 | | | | |



Joseph Fisher IFA

## FLOOD MAP ADDENDUM

File No.    pisc226neb
Case No.

Borrower    Pidgorodetska

Property Address    226 Nebula Road

| City  Piscataway | County | Middlesex | State | NJ | Zip Code | 08854-5451 |

Lender/Client    Giordano, Halleran & Ciesla, P.C.    Address    125 Half Mile Road, Suite 300, Red Bank, NJ 07701



**Flood Map Legends**

**Flood Zone Determination**

### Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500 year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published FIRM

SFHA (Flood Zone): **Out**
Within 250 ft. of multiple flood zone? **No**
Community: **340274**
Community Name: **PISCATAWAY, TOWNSHIP OF**
Zone: **X**    Panel: **34023C 0041F**    Panel Date: **07/06/2010**
FIPS Code: **34023**    Census Tract: **0006.06**

This Flood Report is for the sole benift of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FAFDS nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

# INVOICE

Date:    10/11/2013

File No.    pisc226neb
Case No.

Prepared for:

Donald F. Campbell
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Red Bank, NJ

Property Appraised:

Pidgorodetska
226 Nebula Road
Piscataway, NJ 08854-5451

Work Performed:

| | |
|---|---|
| Single Family Appraisal-Condominium | $    400.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Amount Due:   $ | 400.00 |

Please make checks payable to:

Joseph Fisher IFA
28   Lake Drive
North Brunswick, NJ 08902