**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. 9004-2(c)

Prepared By: Donald F. Campbell, Jr.
Giordano Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900
Attorneys for Movant, Velox International Shipping,
Inc.

| | |
|---|---|
| In re:<br><br>NATALIYA PIDGORODETSKA,<br><br>        Debtor. | Case No.   13-15740 (MBK)<br><br>Hearing:  February 24, 2014, 10:00 a.m.<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J.<br><br>Chapter 7 |

**ORDER COMPELLING DEBTOR TO RESPOND TO RULE 2004 SUBPOENA AND
GRANTING OTHER RELIEF**

The relief set forth on the following page is hereby:

**ORDERED**

IN RE Nataliya Pidgorodetska

Case No. 13-15740 (MBK)

Caption: ORDER COMPELLING DEBTOR TO RESPOND TO RULE 2004 SUBPOENA AND GRANTING OTHER RELIEF

Page 2 of 2

Upon the motion of Velox International Shipping, Inc. ("Movant"), under Fed. R. Civ. P. 45(d)(2)(B)(i) to compel the response of the Debtor, Nataliya Pidgorodetska ("Debtor") to a Subpoena for Rule 2004 Examination, and for cause shown, it is:

**ORDERED** that the Debtor is hereby compelled to respond to the Subpoena for Rule 2004 Examination (the "Subpoena") issued by Movant on June 20, 2013 by producing the documents requested in the Subpoena within five (5) days following the entry of this Order; and

**IT IS FURTHER ORDERED** that the Debtor must domesticate her engagement ring in the United States so that the Chapter 7 Trustee can determine the value of the engagement ring within five (5) days following the entry of this order.