Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
(732) 741-3900
Attorneys for Creditor, Velox International
Shipping, Inc.

| | |
|---|---|
| In re<br><br>NATALIYA PIDGORODETSKA,<br><br>              Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT COURT OF NEW JERSEY, TRENTON VICINAGE**<br><br>Chapter 7<br><br>Case No.   13-15740 (MBK)<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J.<br><br>Hearing:  February 24, 2014, 10:00 a.m. |

**CERTIFICATION OF SERVICE**

1.  I, Donald F. Campbell, Jr.:

    ☒ represent Velox International Shipping, Inc., a creditor in the above captioned bankruptcy case.

    ☐ am the secretary/paralegal for Giordano, Halleran & Cielsa, P.C., who represents the creditor, Velox International Shipping, Inc., in the above captioned bankruptcy case.

    ☐ am the _____ in the above case and am representing myself.

2.  On January 27, 2014, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  (1) *Notice of Motion to Compel Debtor to Respond to Rule 2004 Subpoena and to Require Debtor to Domesticate Engagement Ring*; (2) *Certification of Donald F. Campbell, Jr.*; (3) *letter brief in support of motion*; and (4) proposed *Order.*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Alla Kachan, Esq.<br>Law Offices of Alla Kachan PC<br>3009 Ocean Parkway<br>Brooklyn, NY 11235 | Debtor's Attorney | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Hand-delivered<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Andrea Dobin, Esq.<br>Trenk DiPasquale Della Fera Sodono<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Chapter 7 Trustee | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Hand-delivered<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Dated: January 27, 2014

/s/     Donald F. Campbell, Jr._____
DONALD F. CAMPBELL, JR.

Docs #1505162-v1